JUDGE HERB ROSS (Recalled)

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
605 West 4th Avenue, Room 138, Anchorage, AK 99501-2253 — (Website: www.akb.uscourts.gov)
Clerk's Office: 907-271-2655 (1-800-859-8059 In-State) — Judge's Fax: 907-271-2692

**Filed On 9/30/09**

| | |
|---|---|
| In re<br><br>TIMBER WOLF RESORT CONDOMINIUMS, LLC, a/k/a TIMBERWOLF RESORT CONDOMINIUMS, LLC, an Alaska limited liability company,<br><br>Debtor(s) | Case No. A08-00287-HAR<br>In Chapter 11<br><br>**MEMORANDUM FOR RECORD OF FNBA LOAN BALANCES** |

In an e-mail, the court requested John Beard, First National Bank Alaska, to update the balances due on the two promissory notes which are the subject of relief from stay motions at Docket Nos. 61 and 62. Attached is Mr. Beard's response.

DATED: September 30, 2009

/s/ Herb Ross
HERB ROSS
U.S. Bankruptcy Judge

Serve:
Cabot Christianson, Esq., for the debtor and DIP
John Beard, Esq., for First Nat'l Bank of Alaska
Michael Mills, Esq., for Kress Properties, Inc.
Michelle Boutin, Esq., for Michael and Michelle Beals
Scott Bloom, Asst. Kenai Peninsula Bor. Atty.
Steve Shamburek, Esq., for Northstar Terminals & Stevedoring
Kay Hill, US Trustee

D7217

09/30/09

jrbeard@alaska.net

09/30/2009 02:45 PM

To Herb_Ross@akb.uscourts.gov
cc  "Cabot Christianson" <cabot@cslawyers.net>, jmills@msnd.uscourts.gov, "Michelle Boutin" <mboutin@jdolaw.com>, "Kay Hill" <kay.hill@usdoj.gov>, cheryl_rapp@akb.uscourts.gov, "Greg Oczkus" <gregmgolawoffice@acsalaska.net>, "John Pharr" <jpharr@gci.net>, "Scott Bloom" <sbloom@borough.kenai.ak.us>, dstringer@fnbalaska.com, dgeorge@fnbalaska.com

Subject  Re: Timber Wolf, 08-287-HAR - Current Balance of Two Notes

Dear Judge Ross:

The loan debts to First National as of yesterday (9/29) were

Pre-petition loan

principal     $4,056,432.68
interest         592,635.82 ($833.51 per day)
late charges        500.00
costs*            35,962.17

TOTAL       $4,685,530.67


Post-petition ("priming") loan

principal     $535,237.56
interest         16,822.29 ($87.98 per day)

TOTAL       $552,059.85


* costs are only those paid through the 29th, not any accrued but not yet paid.

John R. Beard


> John-
>
> Would you file a brief itemized update on the amounts due on
> each of the
> two FNBA notes?  If you do it sometime today, that would be
> helpful (or,
> but 9:00am tomorrow, if not today).
>
> ----- Herb
>
> ======================================================

```
> Herb Ross- US Bankruptcy Judge, Alaska (Recalled to Service)
> Phone: 907.271.2630 - Fax: 907.271.2692 - Blackberry:
> 907.830.5410
> E-Mail: herb_ross@akb.uscourts.gov
> Website: www.akb.uscourts.gov
> ======================================================
```